**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bernardo BUENDIA–CAPELLA, a.k.a.**
**Salvador Mattar–Mattar,**
**Defendant–Appellant.**

**No. 10–15905**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 1, 2011.

Karin B. Hoppmann, Donald L. Hansen, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Howard C. Anderson, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before EDMONDSON, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Bernardo Buendia–Capella in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of

merit, counsel's motion to withdraw is **GRANTED,** and Buendia–Capella's convictions and sentences are **AFFIRMED.** Buendia–Capella's motion for appointment of substitute counsel on appeal, as construed from his responsive filing, is **DENIED AS MOOT.**